IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| OLUWASEUA KAZEEM, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| DAVID VENTURELLA, Acting Director of | § | CIVIL ACTION NO. 9:26-CV-00421 |
| US ICE; BRET BRADFORD, Houston Field | § | JUDGE MICHAEL J. TRUNCALE |
| Office Director, U.S. Immigration and | § | |
| Customs Enforcement; DAREN K. | § | |
| MARGOLIN, Director of the Executive | § | |
| Office for Immigration Review; WARDEN, | § | |
| IAH Polk Detention Facility, | § | |
| | § | |
| *Respondents.* | § | |

## <u>ORDER REGARDING ADMISSION</u>

On June 10, 2026, Petitioner filed his Petition for Writ of Habeas Corpus in the Southern District of Texas, Houston Division. [Dkt. 1]. This matter was subsequently transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 4]. At the time of transfer, counsel for Petitioner, Edwin Enrique Villa, was not admitted to practice in the Eastern District of Texas. On June 12, 2026, the Clerk contacted counsel with instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Edwin Enrique Villa take the necessary steps to appear on behalf of the Petitioner either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **July 13, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order via email to Mr. Villa at edwin@villafirm.law.

**SIGNED this 26th day of June, 2026.**

_____
Michael J. Truncale
United States District Judge